THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES CARTER, a/k/a JAMES HARRIS, Defendant-Appellant.

(No. 57294;

First District (3rd Division)—June 14, 1973.

PER CURIAM.

SCHWARTZ, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Suzanne M. Kohut, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, William K. Hedrick, and Ferdinand Minelli, Assistant State's Attorneys, of counsel,) for the People.